```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 63707
    JEFFREY DANIEL SIMONS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-8673

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 12/01/2005 and was confirmed 03/29/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors   9.00%.

    The case was dismissed after confirmation 10/31/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED            4964.20          805.37         4964.20
GLENDA ANND DAVIS         DSO ARREARS        9515.00             .00          822.62
KIMBERLY CLARK CREDIT UN  UNSECURED         26980.78             .00             .00
STONE HIGGS & DREXLER     NOTICE ONLY       NOT FILED            .00             .00
SALLIE MAE INC            UNSECURED         29850.26             .00             .00
CAPITAL ONE BANK          UNSECURED          4311.62             .00             .00
CAPITAL ONE BANK          UNSECURED         10504.29             .00             .00
NCO FINANCIAL SYSTEMS     UNSECURED         NOT FILED            .00             .00
CLERK CHANCERY OF SUMMER  UNSECURED         NOT FILED            .00             .00
GEMB DILLARDS             UNSECURED         NOT FILED            .00             .00
GE MONEY BANK             UNSECURED         NOT FILED            .00             .00
GE MONEY BANK             UNSECURED         NOT FILED            .00             .00
KIMBERLY CLARK            UNSECURED         NOT FILED            .00             .00
MARSHALL FIELDS           UNSECURED          9583.47             .00             .00
MEMPHIS LIGHT GAS & WATE  FILED LATE           60.45             .00             .00
NASHVILLE ELETRICAL SERV  UNSECURED         NOT FILED            .00             .00
MARSHALL FIELD            UNSECURED         NOT FILED            .00             .00
GLENDA BAIN               NOTICE ONLY       NOT FILED            .00             .00
CHRISTINE R PIESIECKI     DEBTOR ATTY         801.00                           801.00
TOM VAUGHN                TRUSTEE                                              418.81
DEBTOR REFUND             REFUND                                                  .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                  RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              7,812.00

PRIORITY                                       822.62
SECURED                                      4,964.20
   INTEREST                                    805.37
UNSECURED                                         .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 63707 JEFFREY DANIEL SIMONS
```

```
ADMINISTRATIVE                                                  801.00
TRUSTEE COMPENSATION                                            418.81
DEBTOR REFUND                                                      .00
                                      ---------------   ---------------
TOTALS                                       7,812.00          7,812.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 01/25/08             _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE